IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACTIVE WIRELESS TECHNOLOGIES LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| VERIZON COMMUNICATIONS, INC. and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | § § § § § | CIVIL ACTION NO. 2:23-CV-00620-JRG |
| *Defendants,* | § § | |
| ERICSSON INC., | § § | |
| *Intervenor.* | § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice (the "Motion") filed by Plaintiff Active Wireless Technologies LLC ("Plaintiff" or "AWT"), Defendants Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless (collectively, "Defendants" or "Verizon"), and Intervenor Ericsson Inc. ("Ericsson" and with Plaintiff and Defendants, the "Parties"). (Dkt. No. 57.) In the Motion, the Parties request the following:

1. that all claims asserted by AWT against Ericsson herein are dismissed with prejudice;

2. that all claims asserted by AWT against Verizon as to equipment supplied by Ericsson herein are dismissed with prejudice;

3. that all claims asserted by AWT against Verizon as to equipment supplied by non-party Nokia of America Corporation herein are dismissed with prejudice;

4. that all remaining claims asserted by AWT against Verizon, if any, are dismissed without prejudice;

5. that all counterclaims and defenses asserted against AWT by Ericsson are dismissed without prejudice;

6. that all counterclaims and defenses asserted against AWT by Verizon are dismissed without prejudice; and

7. that all attorneys' fees, costs of court and expenses be borne by each Party incurring the same.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims and counterclaims are dismissed in accordance with the Parties' requests enumerated above. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So Ordered this

Mar 10, 2025

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE